IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT A. OWENS,

    Plaintiff,

    vs.                                    Civ. No. 12-367 LH/ACT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of United States Magistrate Judge Alan C. Torgerson, filed August 12, 2013 [Doc. No. 21], regarding Plaintiff's Motion to Reverse or Remand the Administrative Agency Decision [Doc. No. 12]. The parties have not filed any objections.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition is adopted and Plaintiff's Motion to Reverse or Remand Administrative Decision [Doc. 12] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is dismissed with prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE